IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHADLY S. BALLARD                                                                               PLAINTIFF

v.                                              No. 4:06CV01300 GH

UNION PACIFIC RAILROAD COMPANY,
OLIVER BECENTI, JOHNNY ADISON,
AND TED TOM, JR.                                                                              DEFENDANTS

**ORDER**

Pending before the Court is the October 30th motion to dismiss by Union Pacific due to improper venue. Plaintiff filed a combined response/motion for transfer of venue on November 9th admitting that venue is not proper in Arkansas, but asking that the case be transferred to the United States District Court in Omaha, Nebraska instead. The motion reflects that his counsel has conferred with defendant's counsel who has advised that they would not object to the case being transferred to Omaha, Nebraska.

Under these circumstances, plaintiff's unopposed November 9th motion (#7) for transfer of venue to the United States District Court in Omaha, Nebraska is granted thereby mooting Union Pacific's October 30th motion (#4) to dismiss. As there is no objection to this transfer, the Clerk is directed to take immediately transfer this case to the United States District Court in Omaha, Nebraska

IT IS SO ORDERED this 13th day of November, 2006.

*George Howard, Jr*
UNITED STATES DISTRICT JUDGE